MICHAEL DUNER et al., Appellants, *v.* HUDSON & MANHATTAN RAILROAD COMPANY, Respondent.

Argued April 19, 1943, decided May 27, 1943.

*Henry Cohen* and *Emile Z. Berman* for appellants.

*Travers E. Devlin, Raymond J. Grote* and *John E. Buck* for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.